# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

Wilmington Savings Fund Society, FSB, et al
_Plaintiff(s)_

v.

Civil Action No.: 6:25-cv-00055

Secretary of Housing & Urban Development, et al
_Defendant(s)_

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Wilmington Savings Fund Society, FSB     who is     a Plaintiff
_(Name of party you represent)_                    _(Plaintiff/Defendant)_

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☒ Yes     ☐ No

2. Does the party have any parent corporations?
   ☒ Yes     ☐ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:
   WSFS Financial Corporation

3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☒ Yes     ☐ No

   If yes, identify all such owners:
   BlackRock, Inc. and The Vangaurd Group, Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes     ☒ No

   If yes, identify all such owners:

5. Is the party a trade association?
   ☐ Yes     ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

/s/ Robert Oliveri                    August 5, 2025
_(Signature)_                         _(Date)_