CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
1/6/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# IN THE UNITED STATES DISTRCIT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST, ET AL., *Plaintiffs,* v. SECRETARY OF DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET AL. *Defendants.* | CASE NO. 6:25-cv-00055 ORDER JUDGE NORMAN K. MOON |

Plaintiffs brought this suit against Defendants for the judicial sale of 3118 Cumberland Road, Cumberland, Virginia (the "Property"). Dkt. 1. The Court received a joint stipulation from all parties "to allow Plaintiffs to proceed with a judicial foreclosure sale . . . without the need for any pre-foreclosure court order." Dkt. 16 at 1. Because this stipulation provides all relief sought after in Plaintiffs' complaint, no ripe issues remain in this case; the Court **DIRECTS** the Clerk to close the case.

It is **SO ORDERED.**

The Clerk of Court is required to send a copy of this Order to all counsel of record.

Entered this 6th of January, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE