CLERKS OFFICE U.S. DIST. COURT
LYNCHBURG, VA
FILED

January 20, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ B. McAbee
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

WILMINGTON SAVINGS FUND SOCIETY, FSB AS
TRUSTEE OF STANWICH MORTGAGE LOAN TRUST,
ET AL.,

　　　　　　　　　　　　　　*Plaintiffs,*

　　　　v.

SECRETARY OF DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, ET AL.,

　　　　　　　　　　　　　　*Defendants.*

CASE NO. 6:25-CV-00055

**ORDER**

JUDGE NORMAN K. MOON

　　　　Plaintiffs Wilmington Savings Fund Society and Trustee Services of Virginia (jointly, "Plaintiffs") move the Court to reopen the case for the judicial sale of 3118 Cumberland Road, Cumberland, Virginia (the "Property"). Dkt 18. Plaintiffs also move the Court for a hearing on the reopening of the case. Dkt. 20. The Court administratively closed the case after receiving a stipulation from Defendant Secretary of Housing and Urban Development (HUD) permitting the judicial foreclosure of Property's sale. Dkts. 16, 17.

　　　　Plaintiffs motion "object[s] to the dismissal of the case at bar and move[s] to reopen the case." Dkt. 18. However, this objection misstates the text of the Court's order, which did not dismiss the case; it simply directed the Clerk to administratively close the case since there was no longer an active dispute between the parties. Dkt. 17. The Court fully expected that the parties would present a proposed order and judgment for the Court to enter to effectuate the judicial foreclosure.

As such, the Court **DENIES** the motions (Dkts. 18, 20) and **DIRECTS** the parties to file a joint proposed judgment for the Court to enter within twenty-one (21) days.

It is **SO ORDERED**.

The Clerk of Court is directed to send a copy of the Order to all counsel of record.

Entered this 20th day of January, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE